No. 744. COMMISSIONER OF INTERNAL REVENUE *v.* CONNELLY ET UX. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Solicitor General Perlman* for petitioner. *Caesar L. Aiello* and *A. Murray Preston* for respondents. ▮

*Certiorari Denied.* (*See also No. 805 and No. 535, Misc., supra.*)

No. 672. VLAVIANOS ET AL. *v.* THE CYPRESS ET AL.; and

No. 752. MARYLAND DRYDOCK CO. *v.* VLAVIANOS ET AL. C. A. 4th Cir. Certiorari denied. *I. Duke Avnet* for petitioners in No. 672. *David R. Owen* for the Maryland Drydock Co., petitioner in No. 752 and respondent in No. 672. ▮

No. 674. WATERMAN STEAMSHIP CORP. *v.* DEAN ET AL.; and

No. 753. DEAN ET AL. *v.* WATERMAN STEAMSHIP CORP. C. A. 4th Cir. Certiorari denied. *Robert S. Erskine* and *Robert W. Williams* for petitioner in No. 674 and respondent in No. 753. *I. Duke Avnet* for petitioners in No. 753 and respondents in No. 674. ▮

No. 701. COBLEIGH ET AL. *v.* WOODS, HOUSING EXPEDITER. C. A. 1st Cir. Certiorari denied. *Neil Tolman* for petitioners. *Solicitor General Perlman, John R. Benney, Ed Dupree, Hugo V. Prucha* and *Nathan Siegel* for respondent. ▮

No. 724. KOHINOOR COAL CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *James J. Dougherty* for petitioner. *Solicitor General*